UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TARIK FARAG AND AMRO ELMASRY,

                Plaintiffs,

v.

UNITED STATES OF AMERICA, THOMAS SMITH, and WILLIAM RYAN PLUNKETT,

                Defendants.

Civil Action No. CV-05-3919
(Block, J.) (Gold, M.J.)

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs TARIK FARAG and AMRO ELMASRY hereby dismiss, with prejudice, all claims they asserted against defendants THOMAS SMITH and WILLIAM RYAN PLUNKETT in this action.

Each party hereto agrees that this dismissal is without costs or fees.

Dated: Brooklyn, New York
~~October~~ 2010

OFODILE & ASSOCIATES, P.C.
498 Atlantic Avenue
Brooklyn, New York 11217
*Attorneys for Plaintiffs*

By: _____
     Anthony Ofodile, Esq.