1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TARIK FARAG AND AMRO ELMASRY,

                              Plaintiffs,

        v.

UNITED STATES OF AMERICA, THOMAS SMITH, and WILLIAM RYAN PLUNKETT,

                              Defendants.

Civil Action No. CV-05-3919
(Block, J.) (Gold, M.J.)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Tarik Farag and Amro Elmasry (hereinafter "Plaintiffs") and defendant UNITED STATES OF AMERICA, by and through their respective undersigned counsel, that in accordance with the Stipulation and Agreement of Compromise Settlement and Release of All Claims, Plaintiffs' Complaint and any and all claims arising therefrom against the UNITED STATES OF AMERICA, are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

IT IS FURTHER STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A), with each party to bear its own costs, fees and disbursements; and

2

IT IS FURTHER STIPULATION AND AGREED that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this suit.

Dated: Brooklyn, New York
~~October~~ Nov 2010

OFODILE & ASSOCIATES, P.C.
498 Atlantic Avenue
Brooklyn, New York 11217
*Attorneys for Plaintiffs*

By: _____
Anthony Ofodile, Esq.

Dated: Brooklyn, New York
~~October ___, 2010~~
November 9, 2010

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
*Attorney for Defendants*

By: /s/ *Scott R. Landau*
Scott R. Landau
Assistant U.S. Attorney
(718) 254-7035
Scott.Landau@usdoj.gov

SO ORDERED this

_____ day of _____, 2010

_____
HONORABLE FREDERIC BLOCK
United States District Judge