

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

SR: GAM: SRL
USAO File # 2005V1597

*271 Cadman Plaza East-7th Floor
Brooklyn, N.Y. 11201*

November 9, 2010

**VIA ECF W/ COURTESY COPY**

The Honorable Frederic Block
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Tarik Farag and Amro Elmasry v. United States, et al.*
             No. 05-CV-3919 (Block, J.) (Gold, M.J.)

Dear Judge Block:

      This office represents the United States, FBI Agent William Ryan Plunkett, and NYPD Detective Thomas Smith (collectively "Defendants") in the above-referenced FTCA and *Bivens* action. This letter is written to request that the Court "so order" the attached, fully executed Stipulation and Order of Dismissal (the "Stipulation"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). A copy of the Stipulation has been filed contemporaneously with this letter.[1]

      The undersigned thanks Your Honor and Chief Magistrate Judge Gold for your time and consideration regarding this matter.

                                  Respectfully submitted,

                                  LORETTA E. LYNCH
                                  United States Attorney

                    BY:  /s/ *Scott R. Landau*
                                  Scott R. Landau (SL 3778)
                                  Assistant U.S. Attorney
                                  (718) 254-7035
                                  Scott.Landau@usdoj.gov

---

[1]     A courtesy copy of the Notice of Dismissal with Prejudice, dismissing Plaintiffs' claims against Thomas Smith and William Ryan Plunkett (which was also filed today via ECF), is also attached hereto.

2

cc: The Honorable Steven M. Gold (via ECF w/ Courtesy Copy)
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Anthony Ofodile, Esq. (via ECF)
Ofodile & Associates, P.C.
498 Atlantic Avenue
Brooklyn, New York 11217